HENRY R. GEED, Respondent, v. HENRIETTA P. BRAUNSDORF et al., Individually and as Executors and Trustees under the Will of GEORGE W. BRAUNSDORF, Deceased, Defendants, and FLORENCE BRAUNSDORF, Appellant.— No opinion. Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur. [See *post,* pp. 1023, 1087.]

EUGENE GEOFFROY, Appellant, v. MARIE SCHMIDT, Respondent.— There was neither limitation of time nor expressed contingency which might terminate the agreement not to seek partition and it was, therefore, against public policy in that the power to alienate was suspended for an unreasonable time. (*Haeussler* v. *Missouri Iron Co.,* 110 Mo. 188; *Shelby* v. *Shelby,* 192 Ky. 304; 68 C. J. S., Partition, § 44, pp. 67–68.) Johnston, Adel, Wenzel and MacCrate, JJ., concur; Carswell, Acting P. J., concurs in result. [See *post,* p. 1010.]

GIARDINO CORPORATION et al., Respondents, v. J. HARRY GOLDBLATT, Appellant.— Although the granting of the motion did not impinge upon the constitutional right to a trial by jury (*Steck* v. *Colorado Fuel & Iron Co.,* 142 N. Y. 236; 4 Carmody on New York Practice, p. 2692, and cases cited) the record did not warrant the granting of a compulsory order of reference on the ground that the examination of a long account was necessary within the meaning of section 466 of the Civil Practice Act, under long-settled authority. (*Davidson* v. *Sterngass,* 279 App. Div. 875, and cases cited therein; *Untermyer* v. *Beinhauer,* 105 N. Y. 521.) Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.